E-FILED
Tuesday, 10 May, 2011 11:07:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| CHRIS ANN DARLINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-CV-1346 |
| ) | |
| STATE OF ILLINOIS, DEPARTMENT ) | |
| OF HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On November 1, 2010, *pro se* Plaintiff filed her Complaint herein along with Motions for Leave to Proceed *in forma pauperis* (d/e 2) and to Appoint Counsel (d/e 3). Those motions were denied by the undersigned by Text Order of November 2, 2010 as Plaintiff was employed and had sufficient income to pay the fee. All filing fees were paid in full by *pro se* Plaintiff on November 5, 2010. However, Plaintiff did not take steps to perfect service on Defendant. Federal Rule of Civil Procedure 4(m) directs that a Plaintiff must serve a Defendant within 120 days of filing of the Complaint. On March 1, 2011, the 120 days for service lapsed. Plaintiff was advised that service should be obtained on Defendant by March 1,

2011, by Text Order of February 9, 2011.  Plaintiff was again advised of the need to perfect service by Text Order dated March 28, 2011 and given an extension to April 18, 2011, and was advised if service was not perfected, the case was subject to dismissal for want of prosecution.  As of this date, *pro se* Plaintiff has failed to comply with Rule 4(m).  The Court recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at her last known address.

ENTER:   May 10, 2011

    FOR THE COURT:

_____*s/ Byron G. Cudmore*_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE